PEOPLE *v* FRED CAMPBELL. Appeal from Recorder's Court of Detroit, Frank G. Schemanske, J. Submitted Division 1 February 15, 1972, at Lansing. (Docket No. 11807.) Decided March 30, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Gerard A. Poehlman*, Assistant Prosecuting Attorney, for the people.

*Robert M. Hetchler*, for defendant on appeal.

Before: MCGREGOR, P. J., and BRONSON and DANHOF, JJ.

MEMORANDUM OPINION. Defendant was convicted of felonious assault and appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.


PEOPLE *v* STONE. Appeal from Wayne, Thomas Roumell, J. Submitted Division 1 February 2, 1972, at Detroit. (Docket No. 11847). Decided March 31, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Jo Ann Milligan*, Assistant Prosecuting Attorney, for the people.

*Marlynn Marcks*, for defendant on appeal.

Before: LESINSKI, C. J., and J. H. GILLIS and QUINN, JJ.

MEMORANDUM OPINION. A jury convicted defendant of carrying a concealed weapon contrary to MCLA 750.227; MSA 28.424. He was sentenced and he appeals.

A review of the record and briefs discloses no error.

Affirmed.